No. 426, Misc. DUVAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States.

No. 358, Misc. WARNOCK *v.* WARNOCK. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Peter P. Barry* for respondent.

No. 518, Misc. DUKES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

OCTOBER 31, 1969

No. 1098, Misc. GILLINGHAM *v.* SUPREME COURT OF TEXAS. Motion for leave to file petition for writ of mandamus dismissed pursuant to Rule 60 of the Rules of this Court.

NOVEMBER 6, 1969

No. 704, Misc. HOSKINS *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *John D. Buchanan, Jr.,* for petitioner.